1  JANE DOE

2  835a1985three@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2022

CENTRAL DISTRICT OF CA
BY

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JANE DOE

      Plaintiff,

V.

UNITED STATES

      Defendant(s).

Case No.: 2:22-cv-08156-SPG (PDx)

**COMPLAINT FOR DAMAGES:**
ASSAULT
FALSE ARREST
FALSE IMPRISONMENT
PERJURY
PROFESSIONAL NEGLIGENCE
PROSECUTORIAL MISCONDUCT
MALICIOUS PROSECUTION
MEDICAL MALPRACTICE
FRAUD

## I. JURSIDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1985.

## II. VENUE

2. Venue is proper pursuant 28 U.S.C. § 1391 because the agency or instrumentality (in its official and individual capacity) originates from where its local permission is granted to solicit for specific unknown interest.

## III. REASON OF COMPLIANT

3. The ulterior motive in this action is to subject subpoena/scrutiny into the activity of criminal behavior involving false arrest. The complaint of plaintiff primarily identifies cause of negligence resulting in intentional unmistakable tort. In private investigation beyond the inflict of emotional distress or

confusion, it is calculated that the perpetrators' or state actors under color of law have clearly with malicious fraudulent artifice have made corrupt national identity and civil rights crisis. Plaintiff strongly suggests defendants' foundational sponsor of resources in legitimate practiced deception as roots to the defendants' enigma to disobey constitutional laws remanded for every citizen abided by the 8th and 14th amendment clause. For example, perjury in contextual reference to penal code 148.5 pc will not be legally permissible in any situation. Which by of circumstance applies, federal rules of civil procedure twenty-seven. The plaintiff presumes the accomplice of defendant(s) liable for their individual and official capacity in conjunction to the absence of substantial honorable judicial supervision. To this day, the immoral harm of spiteful arraignment has concluded the intentional misrepresentation of a material fact resulting in the physical and digital identity property damages of plaintiff's citizenship, including fair trial and rights against self-incrimination.

## IV. DEMANDED RESTITUIONS AND PUNITIVE RELIEFS

4. In foresight, plaintiff is submitting this complaint of fraud under statue of 42 USC 1985(3) civil rights violations. The complaint of this case is proposed in the alleged perspective of wrongful death/ attempted murder by the defendant(s) according to testimony of plaintiff Jane Doe. The plaintiff requires immediate injunction of exoneration by degree of actual innocence in contrast to the current erroneous standing judgment (In combo to the $7-12 billion dollar amount of restitution.) Therefore, to minimize risk of any self-harm attempts in escalation to factual revelations or direct revenge violence unto this summon of action applied to defendant. By implication of Marsy's Law, the plaintiff's legal safety is to pursue underlying prerogative to remain completely pseudonym. (Confirmation of restitution orders, career development seeking opportunities both international and domestic reflecting, naturalized citizen status etc.) This is where the settlements designation will get complex but must be obliged, in highlight of plaintiffs absolve to any false judgment of crimes regarding the concern to this complaint of case.

Dated: 11- 0̸8̸ - 2022

Sign:_____

Print Name:_____