JANE DOE

835a1985three@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2 2022

CENTRAL DISTRICT OF CALIFORNIA
BY  DTA  DEPUTY

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JANE DOE

    Plaintiff,

V.

UNITED STATES

    Defendant(s).

Magistrate Judge Sherilyn Garnett

Case No.: 2:22-CV-08156-SPG-PD

**NOTICE OF PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY**

### PLAINTIFF'S MOTION FOR PERMISSION OF PERNMANAENT USE UNDER THE PSEUDONYM, JANE DOE

To pursuant of federal rules of civil procedure 5.2(a) by underlying Marsy's Law, plaintiff hereby seeks an order permitting the permanent use of pseudonym Jane Doe in place of their true and legal name beyond the initial temporary period allowed by court. In evidence of this motion, the plaintiff hereby states as follows:

The Plaintiff claims that they were victim of police misconduct resulting in physical assault fraud indoctrination and unmistakable prosecutorial misconduct, but most critical plaintiffs' civil rights were violated to such an measure unfathomable.

The subject matter of this action on behalf of plaintiff Jane Doe involves defendants' conspiracy to interfere with civil rights by intimidation of physical force and unmistakable illegal fraudulent

prosecution by the defendants for ransom of bail money including the cooperation of involved medical providers.

Plaintiff confirms "anonymous" police sheriff officers' precisely involved in the scene (including the totality of the incident.) are to this very day employed in sheriff county department staff of administrators in their individual and official capacity supported by complete review by the defendant. Most disturbingly plaintiff cites unimaginable harm to no exaggeration of comparison. Not even the most studied united states doctors of physiology could be able to assume or relate understanding to the claims of outstanding damages.

Plaintiff requires motion of the court to obscure and safeguard identifiers in order to prevent disclosure of their respective social security identity to publicity. The Plaintiff recognizes that disclosure of the true identifying legal name would cause jane doe degradation, emotional distress, and harassment assumed guiltiness by association. Because of reasonable paranoia of espionage in illegal unidentified badged personnel encounters, with uncertainty, Jane doe's false arrest reveal of true legal name in identity could be an threat to specific naive organizations such as police agencies, certain merchandisers of accreditation etc. For these reasons, the plaintiff maintains that the overriding public policy interest in protecting the identity of victims of police misconduct outweighs the public's interest in knowing their names and no lesser alternative will suffice.

WHEREFORE, for justice of pursuit to prosecution, plaintiff seeks an order permitting permanent use under the pseudonym Jane Doe in replace of their true identifying legal name.

Dated: 12- 12 - 2022

Sign: _/s/_____

Print Name: Jane Doe