JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe | Case No. CV 22-08156-SPG(PDx) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| United States | |
| Defendants. | (PURSUANT TO LOCAL RULE 41) |

On January 4, 2023, the Court issued an Order denying Plaintiff's motion to proceed anonymously without prejudice. (ECF No. 13). Plaintiff was granted leave to file an amended complaint within 14 days of the order or risk dismissal. To date, no response has been filed by Plaintiff.

THEREFORE, IT IS ORDERED AND ADJUDGED that the above-entitled case

1.

is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: February 1, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE